# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON INGIOSI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO:　Sharon Ingiosi, Pro Se
　　　#7 Cassandra Road
　　　Newark, DE  19702

　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant NCO Financial Systems, Inc. ("NCO"), by its attorney, hereby removes this action from the Court of Common Pleas for the State of Delaware in and for New Castle County, to the United States District Court for the District of Delaware.  In support of this Notice of Removal, NCO states as follows:

　　1.　Plaintiff Sharon Ingiosi originally commenced this action by filing a Complaint against Defendant NCO Financial Systems, Inc. in the Court of Common Pleas for the State of Delaware in and for New Castle County, where it is presently captioned as *Sharon Ingiosi vs. NCO Financial Systems, Inc.,* Docket No.: CPU4-13-0027896-13.  No further proceedings before the State court have occurred.

　　2.　In the Complaint, plaintiff alleges statutory causes of action against Defendant NCO.  A true and correct copy of Plaintiff's Complaint is attached hereto as Ex. "A."

　　3.　Plaintiff accuses Defendant NCO of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. NCO was served with Plaintiff's Summons and Complaint on or about August 28, 2013.

5. This Court has federal question jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441(b) in that the claims are "founded on a claim or right arising under the . . . laws of the United States . . .," and supplemental jurisdiction over Plaintiff's joined common law claims, pursuant to 28 U.S.C. § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which NCO was served with Plaintiff's Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Court of Common Pleas for the State of Delaware in and for New Castle County. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant NCO Financial Systems, Inc. gives notice that this action is removed from the Court of Common Pleas for the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.

DATED: September 17, 2013

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
  /s/ Art C. Aranilla
J. Scott Shannon (#3434)
tel.: 302.552.4329
e-mail: jsshannon@mdwcg.com
Art C. Aranilla (#4516)
tel.: 302.552.4354
e-mail: acaranilla@mdwcg.com
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
fax.: 302.651.7905
*Counsel for Defendant NCO Financial Systems*