# EXHIBIT A

In The Court of Common Pleas for the State of Delaware in and for New Castle County:

Plaintiff: Sharon Infiosi
7 Cassandra Rd.
Newark De 19702

Defendant: NCO Financial Systems Inc
507 Prudental Rd
Horsham Pa 19044

## Complaint

1) Plaintiff is a citizen of the State of Delaware

2) Defendant is a citizen of the state of Pennsylvania residing 507 Prudental Rd Horsham Pa 19044

3) In the month of August 2011 NCO (Collection Agency) intercepted my mailed water Payment to Artesian Water Co. defaced my check and cashed it to pay a default debt with NCO.

4) I received a disconnect notice from my water Co. in Sept.

5) Sharon Infiosi therefore, asks the Court to award Sharon Infiosi the amount of fifteen thousand ($15,000.00) for wrongfull Fair Debt Practice Act as I never had an account with NCO Collection Agency

Sharon Infiosi
Sharon Infiosi
7 Cassandra Rd.
Newark De 19702
302-595-2950

In the Court of Common Pleas for the State of Delaware
in and for New Castle County

Sharon Injias;
7 Cassandra Rd
Newark De 19702

NCO Financial Systems Inc.
507 Prudental Rd
Horsham, Pa 19044

To: Clerk of Common Pleas:

Please issue Summons to the Sheriff of
Horsham Pennsylvania County to effect service of
of the Summons and Complaint upon the defendant as
follows:
1) NCO Financial System Inc.
507 Prudental Rd
Horsham Pa. 19044

Sharon Injiasi
SHARON Ingiosi
7 Cassandra Rd
Newark De 19702
(302) 595-2950



In The Court Of Common Pleas For the State of Delaware In and For New Castle County

Sharon Injoos.
7 Cassandra Rd
Newark De 19702

✓

NCO Financial System Inc.
507 Prudental Rd.
Horsham Pa 19044

Answer Of Defendant

Account: 661557462
Amount: 237.42
PostDate: 20110919
Tran_ID: 105319212
CheckNum: 4952
DIN: 105319244
ReturnReasonCode:
ReturnReasonDescription:



Account: 661557462
Amount: 237.42
PostDate: 20110919
Tran_ID: 105319212
CheckNum: 4952
DIN: 105319244
ReturnReasonCode:
ReturnReasonDescription:

| 51 | 10/21/2011 | 51-66449010 | | 237.42 |
|----|------------|-------------|--|--------|
| | | | | |
| | | | | 237.42 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**NCO Financial Systems Inc**
AC01-NCOFS-FACS DEBTOR REFUND

Citizens Bank
PHILADELPHIA, PA
3-7615/360

**102642**

DATE 2 0 1 1 1 0 2 1
Y Y Y Y M M D D

PAY    *****Two Hundred Thirty-Seven and 42/100 DOLLARS

$ *******237.42

USD

TO THE
ORDER OF
SHARON INGIOSI
7 Cassandra Road
Newark, DE 19702

THIS DOCUMENT HAS A TRUE WATERMARK-HOLD TO LIGHT TO VIEW.

⑆000010 2642⑆ ⑆036076150⑆ 623277 2818⑆

TO WHOM IT MAY CONCERN

I paid my water bill in sept & in oct I got a disconnect notice in the mail.. I contacted the water company (artesian wate co) to verify payment, but to my surprise the payment was intercepted by a company by name of NCO FinancialSystem Inc.which is a collection company ..NCO crossed out my acct with the water co & someone put their intials & account # on the check & cashed it & the money was taken out of my ckecking acct.. this was verfied by the bank ..Went back to the water company for them to explaine to me how the check got to this collection company when the check was made out to them & I mailed the check to them ..The water company explained that they have a working partnership with NCO to help collect default money owed to NCO ..Explained to water company that I do not have an account with them & told the bank the same thing.. The bank was willing to help me get my money back & after I told my story to the water co, A represintive from the water co(mr. george davis @ 302453-6938) called & said they will talk to NCO to have my money returned back to me & that did happen & I paid the water bill 2 months late which they waived the late fee for me due to the confusion.. I consulted as attorney as to how this could happen & NCO has broken all the fair debt practice act ..No company should be able to intervene with any payment made out to another company with account # on the check & signed by another name other then who's name is on the account ... as it turned out my daughter has an account with NCO but her name is different then mine so NCO should have not ever cashed the check with mine name on it & made out to some one other then NCO, this is illegal..

NCO Financial System Inc
507 Prudental Rd
Horsham, Pa 19044

Sharon Trjias.
7 Cassondra Rd.
Newark De 19702

S. Ingies.
7 Cassandra Rd.
Newark, De 19702

20130828 00125861 026

7012 1010 0000 4246 7043

RETURN RECEIPT
REQUESTED

NCO Financial Systems Inco
507 Prudental Rd.
Horsham. Pa 19044

AUG 2013
USPS

U.S. POSTAGE
$6.31

1904432368



INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

*THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT*

© USPS 2012

In the Court of Commons Pleas for
The State of Delaware
in an for New Castle County

Plaintiff Name: Sharon Enros.
7 Cassandra Rd
Newark De 19702.
302-595-2950

Defendant Name: NCO Financial Systems Inc
507 Prudental Rd
Horsham Pa 19044
1-800-220-2890.
US Postal Service via Certifyd Mailing

To The Sheriff of New Castle you are Commanded:
To Summon the above named defendant and serv
upon said defendant a copy of this summons and
complaint.

To the above Named Defendant:
Within twenty (20) days after you receive this Summons
excluding the day you receive it, you must file an
answer to the attached complaint if you want to
deny the allegations. The original of your answer
must be filed with the Clerk's office of the Court of
Common Pleas New Castle County Delaware and must
include proof that a copy of the answer was served on
the plaintiff or his/her attorney who is named on this Summons.
Failure to file an answer denying the allegations will
result in judgement against you and action may be taken by
the plaintiff or his/her attorney to satisfy the judgement.